IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TODD LEWIS**                                                                                             **PLAINTIFF**

v.                                   **CASE NO. 4:22-CV-01094-BSM**

**PCA ACQUISITIONS V, LLC,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE